**Order entered September 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01002-CV

**VALPAK DIRECT MARKETING SYSTEMS, INC., Appellant**

**V.**

**COLONIAL SAVINGS, F.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03570-2018**

## ORDER

Before the Court is appellant's September 14, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 11, 2018**.

       /s/    ADA BROWN
             JUSTICE